EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

*E-FILED - 10/13/05

**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMED HUSSEIN AND MALKA HUSSEIN, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-01854 RMW <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS MOHAMMED HUSSEIN AND MALKA HUSSEIN** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Mohammed Hussein and Malka Hussein and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs

2056069.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Mohammed Hussein and Malka Hussein - 1**

1  Mohammed Hussein and Malka Hussein as to defendant Olin Corporation. All parties to

2  bear their own costs and legal fees incurred to date in this action.

3  Dated: 9/7/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
  RICHARD D ALEXANDER, Cal. Bar #48432
  JEFFREY W/ RICKARD, Cal. Bar #125180
  RYAN M. HAGAN, Cal Bar #200850
  152 North Third Street, Suite 600
  San Jose, CA 95112
  Telephone: (408) 289-1776
  Facsimile: (408) 287-1776

Attorneys for Plaintiffs Mohammed Hussein and
Malka Hussein

HUSCH & EPPENBERGER, LLC

By:  /s/ Carol A. Rutter
  THOMAS M. CARNEY, admitted *pro hac vice*
  CAROL A. RUTTER, admitted *pro hac vice*
  190 Carondelet Plaza, Suite 600
  St. Louis, MO 63105-3441
  Telephone: (314) 480-1500
  Facsimile: (314) 480-1505

  RANDALL C. CREECH, Cal. Bar #65542
  CREECH, LIEBOW & KRAUS
  333 West San Carlos Street
  Suite 1600
  San Jose, CA 95110
  Telephone: (408) 993-9911
  Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2056069.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Mohammed Hussein and Malka Hussein - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MOHAMMED HUSSEIN AND MALKA HUSSEIN,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-01854 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS MOHAMMED HUSSEIN AND MALKA HUSSEIN** |

THIS MATTER coming on the motion of Plaintiffs Mohammed Hussein and Malka Hussein and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Mohammed Hussein and Malka Hussein's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

Dated: 10/13/05

/S/ RONALD M. WHYTE

2056069.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Mohammed Hussein and Malka Hussein - 3**